6 November 2020

Phillip A. Dixon #375768B
New Jersey State Prison
P.O. BOX 861
Trenton NJ 08625-0861

RECEIVED
NOV 17 2020
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Clerk
United States District Court
Mitchell H. Cohen US Courthouse
4th & Cooper Streets
Camden NJ 08101

RE: PHILLIP A. DIXON v. JONATHAN GRAMPS
Civ. Action No.:
FEE

Dear Clerk,

Please find enclosed my fee of $5.00 to cover the cost of my habeas petition filed pursuant to the e filing program for New Jersey State Prison inmates.

Thank you for your continued assistance.

Respectfully submitted,

Phillip A. Dixon

CC: file